THEODORE H. WICKWIRE, JR., Respondent, *v.* GEORGE C. WARNER, Appellant.

*Bills, notes and checks — subscription for stock — action to restrain use of note given in payment for stock subscription.*

*Wickwire* v. *Warner,* 191 App. Div. 835, affirmed.

(Argued March 13, 1922; decided April 18, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 7, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was in equity to restrain the use by the defendant of the plaintiff's subscription for 200 shares of $100 each of a proposed increase of the preferred capital stock of the Fulton Steel Corporation, a domestic corporation, and the use by the defendant of the plaintiff's negotiable promissory note, not then due, and to cancel and annul the subscription and note, which subscription the defendant individually obtained from the plaintiff and which note was made payable to the order of the defendant and was given to him for a loan which the defendant was to make to the plaintiff to pay in part for the stock when the same was issued, upon the grounds, among others, that the stock was never issued or tendered to the plaintiff, that he never received any consideration for the note and that the defendant had diverted the note from the purpose for which it was given and appropriated it to his own use.

*Charles A. Collin* for appellant.

*Joseph G. Dudley* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Not voting: ANDREWS, J.